**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **BAUTISTA CAYMAN ASSET COMPANY** | Civil No. 16-1672 (GLS) |
| Plaintiff, | |
| v. | **COLLECTION OF MONIES AND FORECLOSURE OF MORTGAGE** |
| **LYDIA ESPINAL RIVERA A/K/A LIDIA ESPINAL RIVERA A/K/A LYDIA ESPINAL COLLADO** | |
| Defendant. | |

## ORDER FOR EXECUTION OF JUDGMENT

On November 7, 2024, this Court issued *Summary Judgment (*hereinafter "Judgment"*)* against defendant, **Lydia Espinal Rivera a/k/a Lidia Espinal Rivera a/k/a Lydia Espinal Collado** (hereinafter "Defendant").

As of **October 15, 2024**, Defendant owes Plaintiff the total amount of **$339,205.81** which is distributed as follows: **$210,114.42** in principal; plus interests in the amount of **$100,534.05** which continues to accrue until full payment of the debt at **$29.18** per diem; plus accrued late charges in the amount of **$4,684.62**; and any other advance, charge, fee or disbursements made by Bautista, on behalf of Defendant, in accordance with the Promissory Note I, the Loan Agreement as well as under the other loan documents, plus costs of **$1,513.50** and agreed attorney's fees in the amount of **$22,359.22**

Additionally, as of **October 15, 2024**, Defendant owes Plaintiff the total amount of **$136,930.68** in principal in accordance with the Promissory Note II, the Loan Agreement as well as under the other loan documents (collectively, the "Obligations under Promissory Note II", together with Obligations under Promissory Note I, the "Obligations").

1

**The Obligations will be satisfied <u>only</u> with the proceeds obtained from the foreclosure and judicial sale of the Property**.

It appears that the mortgage, constituted by Defendant on the real estate property object of this case of action, copy of which was made part of this case file and is incorporated herein as though set forth *in extenso,* is valid and subsisting mortgage and constitute lien in favor of the Plaintiff.

Accordingly, the mortgaged property with the following description shall be sold at public auction to the highest bidder thereof, without an appraisal or right of redemption for the payment and satisfaction of Plaintiff's mortgage:

The Mortgage Note, through the Mortgage, encumbers the following property (the "Property"):

> "**URBAN**: Lot of rectangular shape that measures twelve point zero zero (12.00) meters at its front by twenty-one point zero zero (21.00) by its back, marked with number ten (10) of Block GY of the Puerto Nuevo Development, Property of Everlasting Development Corporation of Monacillos, Río Piedras, Puerto Rico, with a superficial area of two-hundred fifty-two point zero zero (252.00) square meters with boundaries by the NORTH, SOUTH, EAST y WEST, with lands of the Everlasting Development Corporation and facing East, with Main Street now Avenue or Andalucía Street of the Development. Upon this lot is erected a house made of concrete and blocks."
>
> Property number 7,168 (previously 6, 7147), recorded at page 115 of volume 195 of Monacillos. Registry of the Property of Puerto Rico, Section III of San Juan.

The Property is described in the Spanish language as follows:

> "**URBANA**: Solar de forma rectangular que mide doce punto cero cero (12.00) metros de frente por veintiuno punto cero cero (21.00) de fondo marcado con el número diez (10) de la Manzana "GY" de la Urbanización Puerto Nuevo, Propiedad de Everlasting Development Corporation de Monacillos, Río Piedras, Puerto Rico, con un área superficial de doscientos cincuenta y dos punto cero cero (252.00) metros cuadrados en lindes por el Norte, Sur, Este y Oeste con terrenos de Everlasting Development Corporation y dando frente al Este, con la calle denominada

2

Puerto Nuevo Main Street de la Urbanización. Enclava una casa de concreto y bloque.

Inscrito al Folio '115' del Tomo '195' de Monacillos, finca número '7,168' del Registro de la Propiedad de San Juan, Sección Tercera."

Mr. Águedo de la Torre Alma is hereby designated and appointed as Special Master (hereinafter "Special Master") to make the sale hereinbefore mentioned under the form and conditions herein directed and to execute the instant Order and to make the garnishments and sale required for the execution of the judgment. His address is PO Box 50380, Toa Baja, Puerto Rico 00950-0380.

The sale to be made by the Special Master shall be subject to the confirmation of this Court and the purchaser thereof shall be entitled to receive possession of the property sold. The minimum bid to be accepted at the public sale, in accordance with the mortgage deed in first rank, and referred to, in this auction is as follows:

a. The amount of **$230,000.00**, as set forth in the mortgage deed, shall serve as the minimum bidding amount for the first public sale. Should the first public sale fail to produce an award or adjudication, two-thirds of the aforementioned amount or **$153,333.33** shall serve as the minimum bidding amount for the second public sale. Should there be no award or adjudication at the second public sale, the minimum bidding amount for the third public sale shall be **$115,000.00.**

Any fund delivered from the sale to be made in accordance with the terms of this Order and such further Orders of this Court shall be applied as follows:

b. To the payment of all proper expenses attendant upon said sale, including the expenses, outlays and compensation of the Special Master appointed herein, after said compensation and expenses have been fixed and approved by the Court, all those expenses to be deducted from the sum provided in the deeds of mortgage costs, charges and disbursements, expenses and attorney's fees.

c. To the payment of all expenses or advances made by Plaintiff.

d. To the payment of that part of the indebtedness, as of **October 15, 2024**, Defendant owes Plaintiff the total amount of **$339,205.81** which is distributed as follows: **$210,114.42** in principal; plus interests in the amount of **$100,534.05** which continues to accrue until full payment of the debt at **$29.18** per diem; plus accrued late charges in the amount of **$4,684.62**; and any other advance, charge,

3

fee or disbursements made by Bautista, on behalf of Defendant, plus costs of **$1,513.50** and agreed attorney's fees in the amount of **$22,359.22.**

e.   To the payment of that part of the indebtedness, as of **October 15, 2024,** Defendant owes Plaintiff the total amount of **$136,930.68** in principal in accordance with the Promissory Note II, the Loan Agreement as well as under the other loan documents

f.   If after making all the above payments there shall be a surplus, the surplus shall be delivered to the Clerk of this Court, subject to further orders from the Court.

g.   The appointed Special Master shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

 **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of April 2026.

<u>s/ Giselle López-Soler</u>
**GISELLE LÓPEZ-SOLER**
**United States Magistrate**
**Judge**

4